EDNA WALKER, Respondent, v. SAMUEL ROUSE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

JAMES WALKER, Respondent, v. P. TRAINOR COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

PHILIP WEINSTEIN, Appellant, v. BURGESS HOWARD, Respondent.— Order in so far as it grants defendant's motion for change of venue from Kings county to Greene county affirmed; in so far as it denies plaintiff's motion to strike out the first defense contained in the answer, and for the dismissal of defendant's counterclaim, reversed, and plaintiff's motion granted, without costs. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur. Settle order on notice before Mr. Justice Kelby.

IRA WELCH, Respondent, v. LUDLUM STEEL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

JOSEPHINE R. FULTON, Respondent, v. THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.— Application granted.

BARNET GOLDBERG and Others, Copartners, etc., Appellants, v. McGEE-RUSSELL FOUNDERS & MACHINISTS COMPANY, INC., Respondent.— Application denied, without costs.

SIDNEY MOSES, Respondent, v. LOUIS KRIEGER, Appellant.— Application denied, without costs.

SAMUEL ZIPPERT, Respondent, v. NELLIE REALTY CORPORATION and Others, Appellants.— Application denied, with ten dollars costs.

ROBERT J. KIND, Respondent, v. ORIENT INSURANCE COMPANY OF HARTFORD, CONN., Appellant.— Application denied, without costs.

JACOB STARR, Respondent, v. MORRIS ROTH and MORRIS SCHWARTZ, Appellants.— Application granted.

FANNIE WILLIAMS, Appellant, v. HAMILTON FIRE INSURANCE COMPANY, Respondent.— Application denied, without costs.

HARRY BERGER, Appellant, v. HENRIETTA CRYSTAL, Respondent.— Application granted.